IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MUMFORD, #272 594, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:12-CV-1004-WHA |
| | ) [WO] |
| LEEPOSEY DANIELS, *et al.*, | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this *pro se* 42 U.S.C. § 1983 action for damages against Warden Leeposey Daniels and Warden Leon Bolling. He alleges that Defendants exhibited deliberate indifference to his medical needs during his incarceration at the Elmore Correctional Facility in Elmore, Alabama.

On November 16, 2012, the court entered an order of procedure directing Defendants to file an answer and written report to Plaintiff's complaint. The order also instructed Plaintiff to inform the court of any change in his address and cautioned him that his failure to comply with this requirement would result in a Recommendation that this case be dismissed. *See Doc. No. 7, ¶7(h)*.

The court recently learned that Plaintiff is no longer incarcerated at the Staton Correctional Facility. This is the last known address the court has on file for Plaintiff. Consequently, the court entered an order on January 20, 2016, directing Plaintiff to provide the court with his present address on or before February 1, 2016. *Doc. No. 22*. Plaintiff was cautioned that his failure to comply with the court's January 20 order would result in a recommendation that this case be dismissed. *Id*. Plaintiff's has filed nothing in response to the court's January 20 order.

As it appears clear that Plaintiff is no longer residing at the most recent address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further ORDERED that **on or before February 17, 2016,** the parties may file any objections to this Recommendation. Any objections filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which the parties object. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

Done, this 3rd day of February, 2016.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE